IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-167 |
| SAROM CHEA | : | |

### **O R D E R**

AND NOW, this 22nd day of January, 2024, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 16-167, as it relates to the above-captioned defendant, is DISMISSED WITHOUT PREJUDICE. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

/s/ Michael M. Baylson
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*